MIDATLANTIC NATIONAL BANK v. CHICAGO TITLE
INSURANCE COMPANY.

July 7, 1981.

Petition for certification denied.   (See 179 *N.J.Super.* 105)

MARLTON CIRCLE v. EVESHAM TOWNSHIP.

July 7, 1981.

Petition for certification denied.

CARL BEESE v. ALLSTATE INSURANCE COMPANY.

July 7, 1981.

Petition for certification denied.

MARTIN R. INFANTE v. SADDLE BROOK BOARD
OF ADJUSTMENT.

July 7, 1981.

Petitions for certification denied.